## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PRESTON SIGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:21-cv-00852-K |
| | ) | |
| | ) | |
| GUN MAG WAREHOUSE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | / | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME both parties through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate to a voluntary dismissal with prejudice in the above-captioned matter, with each party to bear their own costs and attorneys' fees.

DATED this the 10th day of January, 2022.

SPIELBERGER LAW GROUP, LLC

/s/ ZANE A. HERMAN
Zane A. Herman
Florida Bar No.: 120106
Gary J. Martoccio
Texas State Bar No.: 24108958
**Spielberger Law Group**
4890 W. Kennedy Blvd., Suite 950
Tampa, Florida 33609
T: (800) 965-1570
F: (866) 580-7499

THE HARTMANN FIRM, PC

/s/ CLAY A. HARTMANN
Clay A. Hartmann
Texas Bar No.: 00790832
400 N. St. Paul, Suite 1420
Dallas, Texas 75201
Telephone: (214) 828-1822
Email:
Clay.Hartmann@thehartmannfirm.com

*Attorney for Defendant*

Zane.herman@spielbergerlawgroup.com
gary.martoccio@spielbergerlawgroup.com

and
Local Counsel
Jason Smith
State Bar No.: 00784999
Law Offices of Jason Smith
612 8th Avenue
Fort Worth, Texas 76104
T: (817) 334-0880
jasons@letsgotocourt.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Zane A. Herman, hereby certify that on this day, January 10, 2022, I electronically filed the foregoing **JOINT STIPULATION OF DIMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**SPIELBERGER LAW GROUP, LLC**

/s/ ZANE A. HERMAN
Zane A. Herman
Florida Bar No.: 120106
Gary J. Martoccio
Texas State Bar No.: 24108958
**Spielberger Law Group**
4890 W. Kennedy Blvd., Suite 950
Tampa, Florida 33609
T: (800) 965-1570
F: (866) 580-7499
Zane.herman@spielbergerlawgroup.com
gary.martoccio@spielbergerlawgroup.com

**THE HARTMANN FIRM, PC**

/s/ CLAY A. HARTMANN
Clay A. Hartmann
Texas Bar No.: 00790832
400 N. St. Paul, Suite 1420
Dallas, Texas 75201
Telephone: (214) 828-1822
Email:
Clay.Hartmann@thehartmannfirm.com

*Attorney for Defendant*

2

and
Local Counsel
Jason Smith
State Bar No.: 00784999
Law Offices of Jason Smith
612 8th Avenue
Fort Worth, Texas 76104
T: (817) 334-0880
jasons@letsgotocourt.com

*Attorneys for Plaintiff*